**MICHAEL L. ECKSTEIN**                    *          NO. 2019-CA-0720

**VERSUS**                                 *          **COURT OF APPEAL**

**STEVEN A. BECNEL**                       *          **FOURTH CIRCUIT**

                                           *          **STATE OF LOUISIANA**

                                           *

                                           *
                              * * * * * * *


*RML*     **LEDET, J., CONCURRING**

      I respectfully concur in the result.